that the court will interfere with the discretion exercised at Special Term. (*Greene* v. *Faber*, 158 App. Div. 149.)   That was the situation presented in the *Reardon* cases,* cited by the appellants; but the present appeals present different issues.   The conclusions of the learned judge at Special Term on the facts as presented in the affidavits are not necessarily binding upon the trial judge, who hears the evidence from the witnesses.   It is best for all parties that such trial be had and the facts so determined and found.   The order appealed from is, therefore, affirmed, with ten dollars costs and disbursements.   Jenks, P. J., Rich and Kelly, JJ., concur; Mills and Blackmar, JJ., concur in the result.

JOSEPH F. COFFEY, as Administrator, etc., of MICHAEL J. COFFEY, Deceased, Respondent, v. PATRICK H. ROCHE, Appellant.— Appeal transferred to the First Department.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

ANASTASIA DJANNIS, Respondent, v. GEORGE DJANNIS, Appellant.— Order reversed, without costs, and motion denied, without costs, but without prejudice to a new motion for the same relief.   In this case the plaintiff's scanty affidavit regarding the financial condition of defendant is denied, not only by defendant, but also by one of his partners in business.   On the other hand, the circumstantial allegations of defendant as to plaintiff's financial ability to maintain the action are not answered by plaintiff.   On the record as it now stands, plaintiff makes no case for an allowance of counsel fee.   Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ADA M. IMHOF, Respondent, v. INTERBOROUGH TRANSFER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of BRONX PARKWAY COMMISSION to Acquire Title to Lands of MARGARET S. IVES and Others.   (Proceeding No. 6.)   In the Matter of the Application of BRONX PARKWAY COMMISSION, Respondent, to Acquire Title to Lands of DANIEL SHAMPNOIS, Appellant, and Others.   (Proceeding No. 6N.) — Order affirmed, with ten dollars costs and disbursements, on authority of the decision of the Court of Appeals in *County of Orange* v. *Storm King Stone Co.* (229 N. Y. 460), made October 19, 1920.   Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Application of BRONX PARKWAY COMMISSION to Acquire Title to Lands of MARGARET S. IVES and Others.   (Proceeding No. 6.)   In the Matter of the Application of BRONX PARKWAY COMMISSION, Respondent, to Acquire Title to Lands of CALEB U. FOWLER and Others, Appellants.   (Proceeding No. 6P.) — Order affirmed, with ten dollars costs and disbursements, on authority of the decision of the Court of Appeals in *County of Orange* v. *Storm King Stone Co.* (229 N. Y. 460), made October 19, 1920.   Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., to Ely Avenue, from Jackson Avenue to Nott Avenue,

_____

*Reardon, Inc.,* v. *Caton* (189 App. Div. 501); *Reardon* v. *International Mercantile Marine Co.* (Id. 515).— REP.